USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/7/2025

UNITED STATES DISTRICT COURT
SOUTEHRN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBYN NICOLE WILSON-WOLF,

                Plaintiff,

    -against-

TESLA VEHICLES,

                Defendant.
------------------------------------------------------------------X

Docket No. 7:22-cv-10066

**ORDER GRANTING**
**MOTION TO SEAL**

      Upon consideration of Defendant Tesla Vehicles' Motion to Seal Declaration of Ashish Arora and unredacted Confidential Portions of Jerry Colindres's Testimony, IT IS HEREBY ORDERED that the unredacted versions of the Declaration of Ashish Arora and the Confidential Portions of Jerry Colindres's Testimony at ECF No. 46 are SEALED. The documents shall be accessible only to the Court and to the parties to the instant action.

      The Clerk of Court is kindly directed to terminate the motions at ECF Nos. 47, 48 and 49. Additionally, the Clerk of Court is kindly directed to terminate the motions at ECF Nos. 50, 51 and 52 as such entries are documents submitted in support of/opposition to Defendant Telsa Vehicle's motion for summary judgment (see ECF No. 46) and are not independent motions themselves.

Dated: July 7, 2025
       White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge