**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
ROBYN NICOLE WILSON-WOLF,

                             Plaintiff,                      22 **CIVIL** 10066 (NSR)

        -against-                                **JUDGMENT**

  TESLA VEHICLES.

                          Defendant.
------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated January 12, 2026, Plaintiff's request for additional discovery is DENIED and Defendant's motion for summary judgment is GRANTED in its entirety. Judgment is entered for the defendant and the case is closed.

**Dated:**  New York, New York

      January 13, 2026

                                    **TAMMI M. HELLWIG**
                                 _____
                                    **Clerk of Court**

                    **BY:**             
                                 _____
                                   **Deputy Clerk**